# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                  )<br>     Plaintiff,                  )<br>                                  )<br>  vs.                             )<br>                                  )<br>KATIE C. MILLER,                  )<br>                                  )<br>     Defendant.                  )<br>                                  ) | 4:07CR3064<br><br>DETENTION ORDER<br><br>PETITION FOR<br>ACTION ON CONDITIONS<br>OF<br>SUPERVISED RELEASE |

The defendant waived the right to a detention hearing and agreed to detention. Pursuant to 18 U.S.C. § 3142(f) and § 3143(a) of the Bail Reform Act, and Fed. R. Crim. P. 32.1(a)(6),

**IT IS ORDERED,**

The above-named defendant shall be detained until further order.

February 21, 2012                     BY THE COURT:


                                      *s/Cheryl R. Zwart*
                                      United States Magistrate Judge