IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3064 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| KATIE C. MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

    I am in receipt of a report from the Probation Office indicating that the defendant is not eligible for a sentence reduction under Amendment 782 because (1) she has completed service of her federal sentence and (2) her federal revocation sentence is not eligible for a sentencing reduction under Amendment 782. Counsel have been notified of the Probation Office's determination.

    IT IS ORDERED that I will deny a sentence reduction under Amendment 782 on or after February 16, 2015, unless the defendant shows within that period of time that the Probation Office is mistaken.

    Dated February 6, 2015.

                                              BY THE COURT:

                                              *Richard G. Kopf*
                                              Senior United States District Judge